# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY LINN CLICK,<br><br>             Petitioner,<br><br>      v.<br><br>MATTHEW CATE, et al.,<br><br>             Respondents. | 1:09-cv-014180OWW-JLT HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR SUPPLEMENTAL BRIEFING (Doc. 21)<br><br>ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |

Petitioner is a state prisoner proceeding via counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant petition was filed on August 5, 2009. (Doc. 1). On November 9, 2009, Respondent filed an Answer. (Doc. 14). On December 23, 2009, Petitioner, through her counsel, filed a Traverse. (Doc. 19). At that point, the case was at issue and ready for a decision.

On May 13, 2010, Respondent filed the instant motion to file supplemental briefing based on the recently decided Ninth Circuit case, Hayward v. Marshall, 2010 WL 1664977 (9th Cir. 2010). (Doc. 21). In that motion, which is also signed by Petitioner's counsel, the parties suggest that Petitioner file a supplement brief within thirty days, that Respondent file a supplemental brief within thirty days thereafter, and that Petitioner may file a reply brief within fifteen days of service of Respondent's supplemental brief.

# **ORDER**

Accordingly, GOOD CAUSE appearing therefor, the Court HEREBY ORDERS as follows:

1. Respondent's motion to file supplemental briefing, limited to the effect of <u>Hayward v. Marshall</u>, 2010 WL 1664977 (9th Cir. 2010), on the issues raised in the instant petition (Doc. 21), is GRANTED.

2. Petitioner is granted thirty days from the date of service of this order within which to file her supplemental brief.

3. Respondent is granted thirty days from the date of service of Petitioner's supplemental brief within which to file his supplemental brief.

4. Petitioner may file a reply brief within fifteen days of the date of service of Respondent's supplemental brief.

IT IS SO ORDERED.

Dated:   **June 9, 2010**                                              /s/ Jennifer L. Thurston
                                                                      UNITED STATES MAGISTRATE JUDGE