UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINDY LYNN CLICK, | ) | 1:09-CV-01418 OWW JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING RESPONDENT TO |
| v. | ) | SUBMIT PAROLE HEARING AND EN |
| | ) | BANC HEARING TRANSCRIPTS |
| | ) | |
| MATTHEW CATE, et al., | ) | FIFTEEN (15) DAY DEADLINE |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 5, 2009, Petitioner filed a petition for writ of habeas corpus. On August 27, 2009, the Court ordered Respondent to respond to the petition for writ of habeas corpus. In addition, Respondent was ordered by this Court to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. (See Order Directing Respondent to File a Response, 2, Aug. 27, 2009, ECF No. 7.)

On November 9, 2009, Respondent filed an answer to the petition for writ of habeas corpus. However, Respondent only filed parts of the transcript of the February 15, 2008 parole hearing before Presiding Commissioner Martinez and Deputy Commissioner Bachlor, and parts of the April 15, 2008, en banc hearing which took place before the entire Board of Parole Hearings. Both sets of transcripts, in their entirety, are necessary to render a decision in this matter and thus the Respondent

1 | is required to provide those transcripts.
2 |     Accordingly, Respondent is DIRECTED to submit a complete copy of the February 15, 2008,
3 | parole hearing transcripts with regards to this matter and a complete copy of the April 15, 2008, en
4 | banc hearing transcripts with regard to this matter, within fifteen (15) days of the date of service of
5 | this order.

IT IS SO ORDERED.

**Dated:   August 23, 2010**          /s/ John M. Dixon
                                            UNITED STATES MAGISTRATE JUDGE